JOSE FLORES V. THE STATE.

No. 4552. Decided June 6, 1917.

Theft—Misconduct of Jury—Statement of Facts.

Where the alleged statement of facts in regard to the misconduct of the jury was filed long after the adjournment of court, the same can not be considered on appeal.

Appeal from the District Court of El Paso. Tried below before the Hon. W. D. Howe.

Appeal from a conviction of theft; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.—On question of statement of facts after adjournment: Knight v. State, 144 S. W. Rep., 967.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of theft, his punishment being assessed at two years confinement in the penitentiary.

One of the grounds of the motion for new trial is the alleged misconduct of the jury in discussing the failure of the defendant to testify. There is a statement of facts in regard to the matter, but it was filed long after the adjournment of court, and for that reason can not be considered. The other matters are of no serious import and need not be discussed.

The judgment is affirmed.

*Affirmed.*